**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1342

KATHY STRATTON,

Plaintiff - Appellant,

v.

CITY OF KANNAPOLIS; J. M. LIVENGOOD, Kannapolis Police Officer; M. T. HOEHMAN, Kannapolis Police Officer; TYRONE WADE, Mecklenburg County Attorney; MARTY PRUNTY, MCDSS Guardianship Social Worker; MCDSS EMPLOYEE #3; MCDSS EMPLOYEE #4; MCDSS EMPLOYEE #5; NC STATE ACTOR #1; NC ACTOR #2,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:23-cv-00095-CCE-JEP)

Submitted:  August 21, 2025                    Decided:  August 25, 2025

Before WILKINSON, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kathy Stratton, Appellant Pro Se.  Steven Andrew Bader, Raleigh, North Carolina, John Wright, CRANFILL SUMNER, LLP, Charlotte, North Carolina, for Kannapolis Appellees.  Richard Rainey, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina, for Appellees Wade and Prunty.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kathy Stratton appeals the district court's orders accepting the recommendations of the magistrate judge and denying relief on her 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Stratton v. City of Kannapolis*, No. 1:23-cv-00095-CCE-JEP (M.D.N.C. Mar. 24, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*